FILED
2001 OCT 26 PM 1: 23
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| AUNDREA McGRAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-00-BU-2385-S |
| | ) | |
| ALFRED BAHAKLE, | ) | |
| | ) | |
| Defendant. | ) | |

ENTERED
OCT 26 2001

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on October 18, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed because plaintiff seeks monetary relief from a defendant who is immune from such relief pursuant to 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on October 23, 2001.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed because plaintiff seeks monetary relief from a defendant who is immune from such relief pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 26th day of October, 2001.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE